```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

MARCO VINICIO CAMER,

     Plaintiff,

v.                              Case No: 2:22-cv-575-JES-NPM

DEPARTMENT OF VETERANS
AFFAIRS AND HONORABLE DENIS
RICHARD MCDONOUGH,

     Defendants.

_____

## ORDER

This matter comes before the Court on review of defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction (Doc. #9) filed on September 19, 2022. Plaintiff has not filed a response pursuant to M.D. Fla. R. 3.01(c), and the time to do so has expired.

Accordingly, it is hereby

**ORDERED:**

Plaintiff shall file a response to the Motion to Dismiss For Lack of Subject Matter Jurisdiction (Doc. #9) within **fourteen (14) days** of this Order. If no response is filed, the Court will rule on the motion without further notice and without the benefit of a response.

**DONE and ORDERED** at Fort Myers, Florida, this  19th  day of October, 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record